```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-cr-00146-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE BRIEFING SCHEDULE |
| v. | ) |
| | ) Date: |
| BOBBY MITCHELL, | ) Time:<br>) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed to by the United States of America, though Matthew C. Stegman, Assistant United States Attorney, and the defendant, BOBBY MITCHELL, through his attorney, Lauren Cusick, that the briefing schedule for the defendant's motion to suppress, filed on May 3, 2010, shall be set as follows:

Government's Opposition Brief due:     May 26, 2010 by 5:00 p.m.

Defendant's Reply Brief, if any, due:  June 2, 2010

Hearing:                               June 16, 2010 at 2:00 p.m.

The parties further stipulate that the trial confirmation hearing set for May 26, 2010, and the jury trial set for June 14,

1

2010, be vacated.  These dates may be re-scheduled after disposition of the defendant's motion to suppress.

Additionally, the parties stipulate that the time period from the filing of the defendant's motion to suppress on May 3, 2010, through the final disposition of the motion be excluded from the computation of time under the Speedy Trial Act, based on the pending motion under 18 U.S.C. 3161(h)(1)(D) and Local Code E.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

DATED: May 11, 2010.            BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Matthew Stegman
                                MATTHEW C. STEGMAN
                                Assistant United States Attorney

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: May 11, 2010.            /s/ Lauren Cusick
                                LAUREN CUSICK
                                Attorney for Defendant


ORDER

IT IS SO ORDERED.

DATED: May 13, 2010.             /s/ Kendall J. Newman
                                Hon. Kendall J. Newman
                                UNITED STATES MAGISTRATE JUDGE